NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE HAROLD VEN-NOY DAVIS,
*Petitioner.*

Miscellaneous Docket No. 112

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims in case no. 11-CV-2322.

## ON PETITION

## ORDER

Harold Ven-Noy Davis submits a petition for a writ of mandamus to direct the United States Court of Appeals for Veterans Claims to expedite proceedings in his case.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary of Veterans Affairs is directed to respond within 14 days of the date of filing of this order.

FOR THE COURT

__DEC 2 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Harold Ven-Noy Davis
Jeanne E. Davidson, Esq. (copy of petition enclosed)
Clerk, United States Court of Appeals for Veterans
Claims

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 7 2011

JAN HORBALY
CLERK